IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JAN 2 4 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO. 3:07cr9HTW JCS

JAMES FORD SEALE

## ORDER TO SEAL

The United States of America requests that the Indictment herein be sealed, and represents the following:

The Grand Jury has returned an Indictment against the Defendant. The undersigned requests sealing to protect the arresting officers and to prevent the defendant from fleeing the Jurisdiction.

WHEREFORE, the United States requests that the Court SEAL the Indictment and Return, and this Motion and Order, pending the arrest of the Defendant.

Respectfully submitted,

DUNN LAMPTON
UNITED STATES ATTORNEY

By: _____
JOHN M. DOWDY, JR.
Assistant United States Attorney
MS Bar No.8896

CONSIDERING THE FOREGOING,

IT IS HEREBY ORDERED that the Indictment and Return herein be sealed, as well as this Motion and Order to Seal.

SO ORDERED, this the 24 day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE