IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

    VS.                                                             CRIMINAL NO. 3:07cr9 HTW-JCS

JAMES FORD SEALE

<u>ORDER</u>

      Before the court is a motion by defendant James Ford Seale requesting a change of venue. The court, having been briefed by the parties and fully apprised of all pertinent facts and issues, is unpersuaded that previous pretrial publicity has unfairly tainted the prospective jury pool and prejudiced the defendant. The Jackson Division of the Southern District of Mississippi remains a fair and appropriate venue for trial. Accordingly, Seale's motion for change of venue is denied.

      The court further schedules a motion hearing for Thursday, April 12, 2007, at 1:00 p.m. to hear argument of parties as to whether, and in what form, the court should issue a jury questionnaire to prospective jurors in this case.

      The government is directed to formally file by April 13, 2007 its motion to offer testimony at trial of a confidential informant, with an attached list of all witnesses it intends to call in support of that motion. Defense counsel is directed to file a quick response setting forth its objection(s) to this proposed testimony. Oral arguments on this and all other pending motions is scheduled for April 30, 2007 at 9:00 a.m.

      SO ORDERED, this the 5th day of April, 2007.

                                                                   s/ **HENRY T. WINGATE**
                                                                   _____
                                                                   CHIEF UNITED STATES DISTRICT JUDGE

Criminal Action No. 3:07-cr-9 HTW-JCS