IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 18 2007
BY_____
J. T. NOBLIN, CLERK
_____DEPUTY

UNITED STATES OF AMERICA

VS.                                               CRIMINAL NO. 3:07cr9HTW-JCS

JAMES FORD SEALE

### GOVERNMENT'S EXHIBIT LIST (6/4/2007)

| NUMBER | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G-1A | Report of Travel to Vicksburg, 25 Oct. - 2 Nov. 1964 By J. C. Bladh, Lt. USN, Navy Dive Team (Bates Nos. 677-689) | | | 6-6-07 |
| G-1B | Bladh's Diagram of Search | | | 6-6-07 |
| G-1C | Diagram Parker's Landing "Warren County Mississippi" ("128") | | | 6-6-07 |
| G-2A | Photo Navy Dive Team Search (HWP) Iron Rails and Wheels (Bates No. 1237) | | | 6-6-07 |
| G-2B | Photo Navy Dive Team Search (HWP) Iron Rails and Wheels (Bates No. 1238) | | | 6-6-07 |
| G-2C | Photo Navy Dive Team Search (HWP) Bones Held by Diver (Bates No. 1239) | | | 6-6-07 |
| G-2D | Photo Navy Dive Team Search (HWP) Skull, Front (Bates No. 1240) | | | 6-6-07 |
| G-2E | Photo Navy Dive Team Search (HWP) Weights (Bates No. 1241) | | | 6-6-07 |
| G-2F | Photo Navy Dive Team Search (HWP) Skull, Side (Bates No. 1242) | | | 6-6-07 |

## GOVERNMENT'S EXHIBIT LIST (Cont.)
CRIMINAL NO. 3:07cr9HTW-JCS

| NUMBER | DESCRIPTION / SPONSOR | ID. | EVID. |
|---|---|---|---|
| G-3A | Photo Navy Dive Team Search (FBI) Skull, Weights (Bates No. 492) | | 6-6-07 |
| G-3B | Photo Navy Dive Team Search (FBI) Engine Block, Wheels Irons (Bates No. 494) | | 6-6-07 |
| G-3C | Photo Navy Dive Team Search (FBI) Skull, Top (Bates No. 496) | | 6-6-07 |
| G-3D | Photo Navy Dive Team Search (FBI) Skull, Bones, T-shirt (Bates No. 498) | | 6-6-07 |
| G-3E | Photo Navy Dive Team Search (FBI) Search Location (Bates No. 500) | | 6-6-07 |
| G-3F | Photo Navy Dive Team Search (FBI) Searchers, Boat (Bates No. 501) | | 6-6-07 |
| G-3G | Photo Navy Dive Team Search (FBI) Dive Team Recovers Block (Bates No. 503) | | 6-6-07 |
| G-3H | Photo Navy Dive Team Search (FBI) Jeep Motor Block at Search Site (Bates No. 505) | | 6-6-07 |
| G-3I | Photo Navy Dive Team Search (FBI) Search Location (Bates No. 507) | | 6-6-07 |
| G-3J | Photo Navy Dive Team Search (FBI) search Location at/near Parker's Landing (Bates No. 509) | | 6-6-07 |
| G-3K | Photo Navy Dive Team Search (FBI) Parker's Landing, 10-31-1964 (Bates No. 511) | | 6-6-07 |
| G-3L | Photo Navy Dive Team (FBI) (Bates No. 513) | | 6-6-07 |

## GOVERNMENT'S EXHIBIT LIST (Cont.)
CRIMINAL NO. 3:07cr9HTW-JCS

| NUMBER | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G-3M | Photo Navy Dive Team Search (FBI) Engine Block (Bates No. 514) | | | 6-8-07 |
| G-3N | Photo Navy Dive Team Search (FBI) Engine Block (Bates No. 515) | | | 6-8-07 |
| G-3O | Photo Engine Block (FBI) "GPW - 22010" (Bates No. 516) | | | 6-8-07 |
| G-3P | Photo Engine Block (FBI) "GPW - 6015" (Bates No. 517) | | | 6-8-07 |
| G-3Q | Photo Evidence Recovered by Dive Team (FBI) Miscellaneous Part (Bates No. 518) | | | 6-8-07 |
| G-4A | Photo Charles Eddie Moore (Bates No. 1236) | | | 6-5-07 |
| G-4B | Photo Charles Eddie Moore and Thomas Moore | | | 6-8-07 |
| G-5 | Photo Henry Hezekiah Dee | | | 6-5-07 |
| G-6 | Curriculum Vitae Steven T. Hayne, M.D. | | | 6-8-07 |
| G-7A | Autopsy Report (Dr. Bratley) Charles Eddie Moore (Bates No. 1211-1212) | | | 6-7-07 |
| G-7B | Autopsy Report (Dr. Bratley) Henry Hezekiah Dee (Bates No. 1213) | | | 6-7-07 |
| G-7C | Report by Lawrence J. Angel, Curator Physical Anthropology, Smithsonian Institution 11/4/1964 (Bates No. 479-481) | | | 6-8-07 |
| G-7D | Report by Steven T. Hayne, M.D., 5/23/2007 | | | 6-8-07 |

3

## GOVERNMENT'S EXHIBIT LIST (Cont.)
CRIMINAL NO. 3:07cr9HTW-JCS

| NUMBER | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G-8A | Photo Moore Autopsy Lower Torso (Bates No. 1222) | | | 6-5-07 |
| G-8B | Photo Moore Autopsy Lower Torso (Bates No. 1223) | | | 6-8-07 |
| G-8C | Photo Moore Autopsy Sneakers (Bates No. 1224) | | | 6-8-07 |
| G-8D | Photo Moore Autopsy Clothing, Lower Torso (Bates No. 1225) | | | 6-8-07 |
| G-8E | Photo Jeep Engine Block (Bates No. 1226) | | | 6-7-07 |
| G-8F | Photo Moore Autopsy Partially Unwrapped Torso (Bates No. 1227) | | | 6-8-07 |
| G-8G | Photo Moore Autospy Dr. Bratley (Bates No. 1228) | | | 6-5-07 |
| G-8H | Photo Moore Autopsy Dr. Bratley & Two Others (Bates No. 1229) | | | 6-8-07 |
| G-8I | Photo Moore Autopsy Clothing (Bates No. 1230) | | | 6-8-07 |
| G-8J | Photo Moore Autopsy Sneakers (Bates No. 1231) | | | 6-8-07 |
| G-8K | Photo Moore Autopsy Belt (Bates No. 1232) | | | 6-5-07 |
| G-8L | Photo Moore Autopsy Key (Bates No. 1233) | | | 6-7-07 |

## GOVERNMENT'S EXHIBIT LIST (Cont.)
CRIMINAL NO. 3:07cr9HTW-JCS

| NUMBER | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G-8M | Photo Moore Autopsy (Bates No. 1234) | | | 6-7-07 |
| G-8N | Photo Moore Autopsy Sneakers & Dr. Bratley (Bates No. 1235) | | | 6-8-07 |
| G-9A | Photo Dee Autopsy (Personal Effects) "Selective Service," "Baby Contest," "Identification Card" | | | 6-5-07 |
| G-9B | Photo Dee Autopsy (Personal Effects) Wallet | | | 6-5-07 |
| G-9C | Photo Dee Autopsy (Remains & Personal Effects) Partially Unwrapped | | | 6-5-07 |
| G-9D | Photo Dee Autopsy (Remains & Personal Effects) Partially Unwrapped -- Clothing Visible | | | 6-8-07 |
| G-9E | Photo Dee Autopsy (Personal Effects) Pants | | | 6-8-07 |
| G-9F | Photo Dee Autopsy (Lower Skeletal Remains) View of Legs (Bottom Left Corner) | | | 6-5-07 |
| G-9G | Photo Dee Autopsy (Lower Skeletal Remains) Vertebrae, View of Legs (Top Left Corner) | | | 6-5-07 |
| G-9H | Photo Dee Autopsy (Clothing & Personal Effects) | | | 6-8-07 |
| G-10A | Bulky Exhibit Inventory Submitted By SA Jay Cochran ("property acquired 7/12-13/1964") (Bates No. 463) | | | 6-5-07 |
| G-10B | AIRTEL from SAC, Jackson to Director, FBI "The following items obtained . . . witnessed by SAS Morris S. Clark and Jay Cochran, Jr." Dated: July 14, 1964 | | | |

5

## GOVERNMENT'S EXHIBIT LIST (Cont.)
CRIMINAL NO. 3:07cr9HTW-JCS

| NUMBER | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G-11 | Inventory of Dee's Personal Effects (MHP) (Bates No. 249) | | | 6-7-07 |
| G-12A | Report of the FBI Laboratory Dated November 5, 1964 "Evidence personally delivered by SA's Morris Clark and Charles L. Killion, 11-2-64" (Bates Nos. 465-468) | | | |
| G-12B | Handwritten Notes, Agent Killion (FBI Lab Report, 11/5/1964, Bates Nos. 469-472) | | | 6-5-07 |
| G-12C | Photo Pieces of Wire (Q4-Q5, Q6-Q7) (Bates No. 475) | | | |
| G-12D | FD-302 Agent Charles Killion November 2, 1964 | | | |
| G-12E | Handwritten Notes, Agent Clark (FBI Lab Report, 11/5/1964, Bates Nos. 473-474, 476) | | | |
| G-12F | FBI Laboratory Worksheet (Bates No. 477) | | | |
| G-13 | FD-302, Admission by James Ford Seale November 6, 1964 (Agents Wolf, Putz) | | 6-12-07 | |
| G-14 | MBI Case Report – Search of Palmyra or Davis Island 10 November 1964 (Bates No. 1339) | | | 6-7-07 |
| G-15 | Receipt for Seale's Springfield Pump Shotgun November 6, 1964 (MHP) | | | 6-7-07 |
| G-16 | FD-302 James Ford Seale January 26, 2007 | | | |
| G-17A | 1964 Arrest Photo (MHP) James Ford Seale (Bates Nos. 1243) | | | 6-13-07 |

## GOVERNMENT'S EXHIBIT LIST (Cont.)
### CRIMINAL NO. 3:07cr9HTW-JCS

| NUMBER | DESCRIPTION / SPONSOR | ID. | EVID. |
|---|---|---|---|
| G-17B | 1964 Arrest Photo (Front & Profile)<br>James Ford Seale (National Archives) | | 6-5-07 |
| G-18A | 1964 Arrest Photo (MHP)<br>Charles Edwards (Bates Nos. 1244) | | 6-13-07 |
| G-18B | 1964 Arrest Photo (Front and Profile)<br>Charles Edwards (National Archives) | | 6-5-07 |
| G-19 | Receipt for Remains of<br>Charles Eddie Moore (7/16/1964) | | 6-7-07 |
| G-20 | Receipt for Remains of<br>Henry Hezekiah Dee (7/16/1964) | 6-5-07 | 6-7-07 |
| G-21 | July 12, 1964 Report of James Bowles<br>Discovery (Tallulah, Louisiana) | 6-7-07 | |
| G-22A | College Entrance Certificate<br>Charles Eddie Moore<br>(Bates No. 1214) | | 6-7-07 |
| G-22B | Alcorn A & M Transcript (Grades)<br>Chalres Eddie Moore (Bates No. 1215) | | 6-7-07 |
| G-22C | Application for Admission, Alcorn A & M<br>Charles Eddie Moore (Bates No. 1216-1217) | | 6-7-07 |
| G-22D | Suspension Letter, Alcorn A & M<br>Charles Eddie Moore (Bates No. 1218) | | 6-7-07 |
| G-22E | College Recommendations / References<br>Charles Eddie Moore (Bates No. 1219-1220) | | 6-7-07 |
| G-23 | Paycheck, Halton Lumber Co.<br>Henry Hezekiah Dee<br>(Bates No. 1221) | | 6-7-07 |

## GOVERNMENT'S EXHIBIT LIST (Cont.)
### CRIMINAL NO. 3:07cr9HTW-JCS

| NUMBER | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G-24 | HUAC Subpeona at UKA Rally<br>James Ford Seale (National Archives) | | | 6-12-07 |
| G-25A | Transcript HUAC Testimony by James Ford Seale<br>January 14, 1966 at page 2807<br>(Bates No. 1031) | | | 6-12-07 |
| G-25B | Transcript HUAC Testimony by Charles Marcus Edwards<br>January 14, 1966 at page 2804-2807<br>(Bates Nos. 1030-1031) | | | 6-5-07 |
| G-26 | Photo of Jack Seale, Klan Robe<br>(National Archives) | | | 6-5-07 |
| G-27 | Constitution of the WKKKK<br>(National Archives) | | | 6-5-07 |
| G-28 | Photo Ernest Parker<br>(National Archives) | | | 6-7-07 |
| G-29 | Immunity Order<br>Charles Edwards | | | 6-5-07 |
| G-30A | Polygraph Report - Examinee, Charles Edwards<br>November 3, 2006 | | 6-13-07 | |
| G-30B | Consent Form Polygraph | | | 6-13-07 |
| G-31 | Grand Jury Transcript<br>Charles Edwards (11/20/2006) | | | |
| G-32A | Original of Journal of Clyde Briggs<br>"On Saturday May 2 . . ." (Pg. 93) | | | 6-6-07 |
| G-32B | Copy of Journal Entry by Clyde Briggs<br>"On Saturday May 2 . . ." (Pg. 93) | | | |

8

## GOVERNMENT'S EXHIBIT LIST (Cont.)
### CRIMINAL NO. 3:07cr9HTW-JCS

| **NUMBER** | **DESCRIPTION** | **SPONSOR** | **ID.** | **EVID.** |
|---|---|---|---|---|
| G-32C | Original of 2nd Journal of Clyde Briggs Penworthy, "1964" | | | |
| G-32D | Enlisted Record and Report of Separation Honorable Discharge, Clyde Briggs Oct. 15, 1945 | | 6-6-07 | 6-6-07 |
| G-32E | ORIGINAL Enlisted Record | | | 6-7-07 |
| G-33 | Grand Jury Transcript Jack Davis (1/24/2007) | | | |
| G-34 | Grand Jury Transcript Thomas Moore (1/24/2007) | | | |
| G-35 | Grand Jury Transcript Clarence Prospere (1/24/2007) | | | |
| G-36 | Grand Jury Transcript J.K. Greer (1/24/2007) | | | |
| G-37 | Motions Hearing Transcript J. Edward Putz | | | |
| G-38 | Motions Hearing Transcript Clarence Prospere | | | |
| G-39 | Motions Hearing Transcript Jack Davis | | | |
| G-40 | Motions Hearing Transcript Reese Timmons | | | |
| G-41 | F-D 302 of Evie Bell-Shaw, July 13, 1964 | | | |
| G-42 | F-D 302 of R. W. Middleton, November 4, 1964 | | | |
| G-43A | Bound Volume Containing Original Franklin County Advocates 1964 | 6-8-07 substituted by G-88 G-43A returned to Chancery Clerk | | |

9

## GOVERNMENT'S EXHIBIT LIST (Cont.)
CRIMINAL NO. 3:07cr9HTW-JCS

| NUMBER | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G-43B | Seale's Letter to the Franklin County Advocate July 23, 1964 | | | |
| G-44A | Franklin County Telephone Directory 1962 | | | |
| G-44B | Franklin County Telephone Directory 1965 | | | |
| | Recent Photos | | | |
| G-45A | Meadville Bank | | | |
| G-45B | Meadville Intersection | | | 6-5-07 |
| G-45C | Edwards' Former (1964) Home | | | 6-5-07 |
| G-45D | Edwards' Former (1964) Home 2 | | | |
| G-45E | Edwards' Church | | | |
| G-45F | Edwards' Church 2 | | | |
| G-45G | Home Built by Edwards After 1964 Move into Bunkley Settlement | | | |
| G-45H | House Edwards Moved Into Following Murders | | | 6-5-07 |
| G-45I | Edwards' Current Home | | | |
| G-45J | Edwards Current Home 2 | | | |
| G-45K | Former KKK Meeting Place in Bunkley Settlement | | | 6-5-07 |
| G-45L | Defendant's Former 1964 Home | | | |
| G-45M | Former Klan Meeting Place (Dairy Barn) | | | 6-5-07 |
| G-45N | Rear View of Defendant's 1964 Home | | | |

## GOVERNMENT'S EXHIBIT LIST (Cont.)
CRIMINAL NO. 3:07cr9HTW-JCS

| NUMBER | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G-45O | Photo of Roxie Baptist Church | | | 6-5-07 |
| G-46 | Meadville - Homochitto Topographical Map with Squares | | | |
| G-46A | Aerial Photo - Homochitto National Forest (Site of beatings) | | | |
| G-47 | Meadville Topographical Map Combined | | | |
| G-48 | Palmyra Lake Topographical Map Combined | | | |
| G-49 | Palmyra Lake Topographical Map with Square | | | |
| G-50 | Aerial Photo Roxie Baptist Church | | | |
| G-51 | Wagon Wheel Road Topographical Map | | | |
| G-52 | Meadville Aerial Photo | | | |
| G-53 | Meadville Topographical Map | | | |
| G-54 | Meadville - Homochitto Topographical Map | | | |
| G-55 | Palmyra Lake Topographical Map 2 | | | |
| G-56 | Palmyra Lake Topographical Map Cropped | | | |
| G-57 | River Site 1 Aerial Photo | | | |
| G-58 | River Site 2 Aerial Photo | | | |
| G-59 | Roxie Baptist Church 2 Aerial Photo | | | |

## GOVERNMENT'S EXHIBIT LIST (Cont.)
CRIMINAL NO. 3:07cr9HTW-JCS

| NUMBER | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G-60 | Roxie Topographical Map | | | |
| G-61 | Wagon Wheel Road 1 Aerial Photo | | | |
| G-62 | Wagon Wheel 2 Aerial Photo | | | |
| G-63 | Wagon Wheel Road Topographical Map 2 | | | |
| G-64 | 2 Quad Display of Homochitto National Forest | | | |
| G-65 | Bunkley Aerial Photo with Overlay | | | |
| G-66A | *Charges Filed Against Patrol*, The Natchez Democrat, 6/15/1965 (Bates No. 563) | | | |
| G-66B | *Klan Charges State Police with Assault*, American Press 6/14/1965 (Bates No. 565) | | | |
| G-67 | *'64 Suspect in Klan Murders Scoffs at Reinvestigation Talk*, Clarion Ledger, 1/23/2000 (Bates Nos. 1018-1021) | | | |
| G-68 | *Evidence Ties Suspect in Teens' Death to Klan*, Clarion Ledger, 1/25/2007 | | | |
| G-69 | FD-302 by SA William Dukes "Records of the Franklin Telephone Company . . ." Dated: 11/17/1964 | | | |
| G-70 | DVD Containing 1964 Television Interview of Jimmy Rogan, Roland Mitchell, and Redfom Talbert Williams | | 6-4-07 | |
| G-71 | 4 Quad Display of Homochitto National Forest | | | |
| G-72A | Somerset Quadrangle Louisiana-Mississippi Map (Palmyra Island) | | | |

## GOVERNMENT'S EXHIBIT LIST (Cont.)
CRIMINAL NO. 3:07cr9HTW-JCS

| NUMBER | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G-72B | Somerset Quadrangle Louisiana-Mississippi Map (Palmyra Island) | | | |
| G-73A | Meadville Quadrangle (Mississippi - Franklin Co.) Seale route from Meadville to Homochitto National Forrest (Grand Jury Exhibit 25) | | 6-5-07 | |
| G-73B | Photo (modern) Tastee Freeze | | 6-5-07 | |
| G-73C | Photo (modern) Roxie Church | | 6-5-07 | |
| G-73D | Photo (modern) Auto Shop (Across the street from Tastee Freeze) | | 6-5-07 | |
| G-73E | Photo (modern) Courthouse (Wayne Hutto's former office in rear) | | 6-5-07 | |
| G-73F | Photo (modern) Bank | | 6-5-07 | |
| G-73G | Photo (modern) Homochitto National Forest | | | |
| G-74A | Map (Scale of Route - large) | | 6-5-07 | |
| G-74B | Map (Scale of Route - small) | | 6-12-07 | |
| G-75A | Memorandum From R.H. Jevrons To Mr. Conrad, Dated: 7/14/1965 (Bates No. 443) | | | |
| G-75B | DVD of ~~Interview Rogan, Mitchell, Williams~~ MS Footage of H. Dee's body recovery | | 6-4-07 | |
| G-75C | AIRTEL From SAC, New Orleans To Director, FBI, Dated: 7/15/1965 (Bates Nos. 447-449) | | | |
| G-75D | Letter From J. Edgar Hoover To Dr. Bratley, Dated: 7/21/1964 (Bates No. 453) | | 6-8-07 | |

## GOVERNMENT'S EXHIBIT LIST (Cont.)
CRIMINAL NO. 3:07cr9HTW-JCS

| NUMBER | DESCRIPTION | SPONSOR | ID. | EVID. |
|---|---|---|---|---|
| G-75E | Letter From J. Edgar Hoover To Dr. Brunson, Dated: 7/21/1964 (Bates No. 454) | | 6-8-07 | |
| G-75F | Teletype from FBI New Orleans To Director, FBI, Dated: 8/7/1964 (Bates No. 462) | | 6-8-07 | |
| G-75G | Bulky Exhibit Inventory Submitted By SA Jay Cochran ("property acquired 7/12-13/1964") Dated: 9/10/1964 (Bates No. 464) | | 6-8-07 | |
| G-75H | Letter from Sam Ivy, Supervisor, Identification Division Dept. Of Public Safety To Director, FBI Dated: 11/17/1964 (Bates Nos. 483-484) | | 6-8-07 | |
| G-75I | Report of the FBI Laboratory Dated: December 7, 1964 "Microscopic, Spectrographic and Miscellaneous" (Bates Nos. 488-489) | | 6-8-07 | |
| G-76 | Transcript, DVD Interview Rogan, Mitchell, Williams | | 6-4-07 | |
| G-77 | Davis Island Close-up Map ("USGS") | | | |
| G-78a | 302 from FBI Agent Charles Killion and Agent Clark | | 6-5-07 | |
| G-78b | Laboratory Worksheet by C Killion | | | 6-5-07 |
| G-78F | FBI Signed Consent Statement by C. Edwards | | 6-5-07 | |
| G-85 | Photograph of Rev. Briggs | | | 6-6-07 |
| G-86 | Jackson Daily News Newspaper Clipping | | 6-6-07 | |
| G-88 | Article written by James Ford Seale | | | 6-8-07 |
| G-89 | Contact of Informants Report | | 6-11-07 | |
| G-90 | FBI Investigative Report | | 6-11-07 | |
| G-91 | 20/20 Transcript | | 6-11-07 | |
| G-92 | FBI Signed Consent Statement by C Edwards | | 6-11-07 | |

UPDATED: June 4, 2007